```
McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROL ANN DAMICO,<br><br>    Defendant.<br>_____ | MAG. NO. 2:08-0296 DAD<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING AND WAIVING TIME |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the preliminary hearing in this matter currently scheduled for December 1, 2008, may be continued to February 2, 2009 at 2:00 p.m.

IT IS FURTHER STIPULATED that the 20 day time period for preliminary hearing set forth in Rule 5(c) of the Federal Rules of criminal Procedure is waived.

DATED: November 26, 2008
                                          McGREGOR W. SCOTT
                                          United States Attorney


                                     By: s/R. Steven Lapham
                                          R. STEVEN LAPHAM
                                          Assistant U.S. Attorney

////

////

1

DATED: November 26, 2008

                                            s/Steven Bauer
                                            STEVEN BAUER
                                            Counsel for Defendant
                                                Carol Ann Damico

<u>ORDER</u>

IT IS SO ORDERED.

DATED: December 1, 2008.

_____
U.S. MAGISTRATE JUDGE

2