1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,      )
9                                 )        MAG. NO. 2:08-0296 DAD
              Plaintiff,          )
10                                )        STIPULATION TO CONTINUE
       v.                         )        PRELIMINARY HEARING AND
11                                )        WAIVING TIME; **ORDER**
   CAROL ANN DAMICO,              )
12                                )
              Defendant.          )
13 _____)

14
           IT IS HEREBY STIPULATED by the parties, through their
15
   respective counsel, that, subject to the approval of the court,
16
   the preliminary hearing in this matter currently scheduled for
17
   February 2, 2009, may be continued to March 2, 2009 at 2:00 p.m.
18
           IT IS FURTHER STIPULATED that the 20 day time period for
19
   preliminary hearing set forth in Rule 5(c) of the Federal Rules of
20
   criminal Procedure is waived.
21
   DATED: January 30, 2008
22                                      McGREGOR W. SCOTT
                                        United States Attorney
23

24                                 By: s/R. Steven Lapham
                                       R. STEVEN LAPHAM
25                                     Assistant U.S. Attorney

26

27 ////

28 ////

                                   1

1 | DATED: January 30, 2009

2

3 | 　　　　　　　　　　　　　　s/Steven Bauer
　　STEVEN BAUER
　　Counsel for Defendant

4 | 　　Carol Ann Damico

5

6 | 　　　　　　　　　　ORDER

7 | 　　　IT IS SO ORDERED.

8

9 | DATED: January 30, 2009.

10

11

12 | U.S. MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2