```
 1  LAWRENCE G. BROWN                      FILED
    Acting United States Attorney
 2  R. STEVEN LAPHAM                       MAR - 2 2009
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100          
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724

 5

 6          IN THE UNITED STATES DISTRICT COURT FOR THE

 7                 EASTERN DISTRICT OF CALIFORNIA

 8
    UNITED STATES OF AMERICA,      )
 9                                 )  MAG. NO. 2:08-0296 DAD
              Plaintiff,           )
10                                 )  ORDER DISMISSING
         v.                        )  COMPLAINT AS TO
11                                 )  CARIOL ANN DAMICO
    CAROL ANN DAMICO,              )
12                                 )
              Defendant.           )
13  _____)

14
         Based on the the government's motion to dismiss the
15
    complaint against CAROL ANN DAMICO
16
         IT IS HEREBY ORDERED that the above-captioned complaint
17
    be and hereby is dismissed withour prejudice as to CAROL ANN
18
    DAMICO only.
19
    DATED: 3-2-2009
20

21

22                                  HON. EDMUND F. BENNAN
                                    United States Magistrate Judge
23
```